**Dominic JARAMILLO, Petitioner—Appellant,**

**v.**

**Patricia R. STRANSBERRY, Respondent—Appellee.**

No. 05–7393.

United States Court of Appeals, Fourth Circuit.

Submitted: May 16, 2006.

Decided: May 19, 2006.

Dominic Jaramillo, Appellant Pro Se.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dominic Jaramillo, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Jaramillo v. Stransberry*, No. CA–05–356–5–FL (E.D.N.C. filed July 11, 2005 & entered July 14, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*